IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| ex rel. DAVID D. BENNETT | * | |
| | * | |
| v. | * | Civil No. JFM-95-1620 |
| | * | |
| GENETICS & IVF INSTITUTE, INC. | * | |

*****

ORDER

As stated in the accompanying memorandum to counsel, it is, this 17th day of April 2000

ORDERED that defendant's motion for the award of reasonable attorneys' fees and expenses be denied.

_____
J. Frederick Motz
United States District Judge